RECEIVED

2016 JUN 14 AM 10: 02

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                           CRIMINAL CASE NO. 1:16CR066
                                18 U.S.C. § 2313
                                18 U.S.C. § 2315

VICTOR HUFFMAN

## INFORMATION

The United States Attorney charges that:

### Count One

On or about April 7, 2015, in the Northern District of Mississippi, the defendant VICTOR HUFFMAN did knowingly and unlawfully receive and possess stolen motor vehicles which had crossed a state boundary after being stolen, knowing the same to have been stolen, to-wit:

1. A John Deere 4400 tractor, 35 horsepower, stolen in Arkansas and having a value of approximately $25,000.

2. A John Deere diesel X-495 lawn mower, stolen in Arkansas and having a value of approximately $6,250.

All in violation of Title 18, United States Code, Section 2313.

## Count Two

On or about April 7, 2015, in the Northern District of Mississippi, the defendant VICTOR HUFFMAN did knowingly and unlawfully receive and possess stolen goods of a value of $5,000 or more, which goods had crossed a state boundary after being stolen, knowing the same to have been stolen, to-wit:

1. A Circle WQ gooseneck trailer, stolen in Arkansas and having a value of approximately $10,600.

2. An Evinrude boat motor, stolen in Tennessee and having a value of approximately $8,000.

All in violation of Title 18, United States Code, Section 2315.

UNITED STATES ATTORNEY